PORTER, Respondent, v. PORTER, Appellant. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Josephine F. B. Porter against David B. Porter. M. B. Clarke, of New York City, for appellant. E. J. Welch, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POST & McCORD v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Post & McCord against the City of New York and others. D. Cady Herrick, of Albany, and M. W. Norman, of New York City, for appellants. M. L. Schallek, of New York City, for respondents.

PER CURIAM. Judgment (in 86 Misc. Rep. 300, 148 N. Y. Supp. 568) affirmed, with costs. Order filed.

INGRAHAM, P. J., and HOTCHKISS, J., dissent, so far as the decision sustains the assignment made to the Coal & Iron National Bank, upon the ground that that assignment was made by the New York State Construction Company with intent to create a preference.

POWERS, Appellant, v. LAWYERS' TITLE INS. & TRUST CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Addie J. Powers, as executrix, etc., of Thomas H. Mallon, deceased, against the Lawyers' Title Insurance & Trust Company. No opinion. Order affirmed, with $10 costs and disbursements.

PRESBERGER, Appellant, v. MECHANICS' BANK, BROOKLYN, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Mendel Presberger against the Mechanics' Bank, Brooklyn. C. J. Heermance, of New York City, for appellant. H. L. Moses, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PRESIMONE, Respondent, v. SCOCCO, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Rosario Presimone against Rocco Scocco, impleaded with others. B. Patterson, of New York City, for appellant. J. R. Damico, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PRING, Respondent, v. THORP, Appellant. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Frederick Pring against Richard C. Thorp. R. W. Candler, of New York City, for appellant. M. Kellogg, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 469.

PROWSKI, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by George Prowski, as administrator, etc., against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re PUBLIC SERVICE COMMISSION (LEXINGTON AVE. ROUTE). (Supreme Court, Appellate Division, First Department. November 13, 1914.) In the matter of the Public Service Commission. No opinion. Application granted. Settle order on notice. Memorandum per curiam.

In re PUBLIC SERVICE COMMISSION. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) In the matter of the application of the Public Service Commission, etc., relative to acquiring certain lots, etc., at the foot of Montague street, in the borough of Brooklyn, etc., wherein the New York Dock Company appeals. No opinion. Order (in 88 Misc. Rep. 643, 152 N. Y. Supp. 368) affirmed, with $10 costs and disbursements.

PUMA, Appellant, v. SOUTHERN PAC. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Salvatore Puma against the Southern Pacific Company. R. Maggio, of New York City, for appellant. J. A. Haughwout, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PURCELL v. HICKEY (three cases). (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by John F. Purcell, as administrator against Barbara E. Hickey, as administratrix. No opinion. Motions granted, unless appellant complies with terms stated in order. Orders filed.

PYE, Appellant, v. PYE, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Margaret A. Pye against Frank Pye. No opinion. Order affirmed, without costs. See, also, 152 N. Y. Supp. 564.

PYNCHON v. MENDHAM. E. A. POLAK REALTY CO. v. BLUM. INDIA WHARF BREWING CO. v. WASSER. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Actions by Mary Pynchon against Louis P. Mendham, by the E. A. Polak Realty Company against Susan E. Blum, and by the India Wharf Brewing Company against David Wasser. No opinion. Applications denied, with $10 costs. Orders signed.

QUINBY, Respondent, v. STALLO, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Action by Henry C. Quinby against Edmund K. Stallo. N. Rockwood, of New York City, for appellant. G. E. Joseph, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.